# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GERBER TECHNOLOGY LLC<br><br>Plaintiff,<br><br>v.<br><br>JACK JOSEPH d.b.a. CUTTERS RESOURCE<br><br>Defendant. | Civil Action No. 2:19-cv-00024<br><br>**Judge Curtis L. Collier**<br>**Magistrate Judge Clifton L. Corker**<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND AGREED INJUNCTION

Plaintiff Gerber Technology LLC (hereinafter "Plaintiff") and Defendant Jack Joseph d/b/a/ Cutters Resource ("Defendant") respectfully move this Court to enter the Proposed Joint Consent Judgment and Injunction that is attached to this Motion. For the reasons set forth in the Proposed Joint Consent Judgment and Injunction, the parties believe that it is appropriate for the Court to enter the attached Order and to retain jurisdiction over this matter to enforce it if that should prove necessary.

Dated: March 18, 2020

Respectfully Submitted,

*/s/ Paige W. Mills*
Paige W. Mills (BPR #16218)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-7770
Email: pmills@bassberry.com

Jonathan B. Tropp
Woo Sin "Sean" Park
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0207
jbtropp@daypitney.com
wpark@daypitney.com

*Attorneys for Plaintiff*


*/s/ Frank Slaughter, Jr*

_____

Frank Slaughter, Jr. (#18,893)
The Slaughter Law Firm, P.C.
324 6th Street
Bristol, Tennessee   37620
423-844-0560
423-764-0690 (fax)
flsjrlaw@yahoo.com

*Attorney for Defendant*

-2-

BBS\125314\125314.0100\27978423.v1-3/18/20