**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| GERBER TECHNOLOGY LLC | Civil Action No. 2:19-cv-00024 |
| Plaintiff, | **Judge Curtis L. Collier** |
| v. | |
| JACK JOSEPH d.b.a. CUTTERS RESOURCE | |
| Defendant. | |

## AGREED ORDER AND PERMANENT INJUNCTION

Plaintiff Gerber Technology LLC ("Gerber") commenced this action by filing the Complaint on February 25, 2019. Gerber asserted infringement by the Defendant of its copyrights in its software, including under Registration No. TX0008665545 ("Gerber Software"). Gerber sells machinery with copyrighted Gerber Software, but licenses the software, thereby retaining ownership and rights of enforcement of its copyrights. Accordingly, Gerber's rights in the Gerber Software are not exhausted by the sale of its machines. Defendant Jack Joseph d/b/a Cutters Resource sold and offered for sale Gerber machines with Gerber Software, without Gerber's permission, even after Gerber provided him with actual notice of copyright infringement. Therefore, Defendant's unauthorized sales of Gerber Software constituted willful copyright infringement in violation of 17 U.S.C. § 106(3).

It is further ORDERED, ADJUDGED, AND DECREED that:

1. Defendant Jack Joseph, and his employees, agents, affiliates, successors, assigns, and any and all persons in concert or participation with any of them, are immediately and

permanently enjoined from selling or otherwise distributing any Gerber Software, including any Gerber machines with Gerber Software.

2. Defendant Jack Joseph shall, within five (5) business days of the entry of this judgment, delete any and all Gerber Software from any Gerber machines in his possession, custody, or control and confirm to Gerber in writing that he is in compliance with this Section 2 within five (5) business days of the date of this Agreed Order and Permanent Injunction.

3. Defendant Jack Joseph, and his employees, agents, affiliates, successors, assigns, and any and all persons in concert or participation with any of them, are immediately and permanently enjoined from buying or otherwise acquiring any Gerber Software, including any machines with Gerber Software, from any third parties, including, though not limited to, Gerber customers; provided, however, that Joseph shall be deemed in compliance with this Agreed Order if he deletes any Gerber Software from any machine he may acquire within one (1) business day of acquiring the machine.

4. Plaintiff's copyright under Registration No. TX0008665545 is valid, enforceable, and owned by Plaintiff.

5. Defendant Jack Joseph, and his employees, agents, affiliates, successors, assigns, and any and all persons in concert or participation with any of them, waive and relinquish all right to challenge copyrights in Gerber Software.

6. Defendant Jack Joseph, on his own behalf and on behalf of his employees, successors, and assigns, agrees that Gerber may audit his compliance with this Consent Judgment and Permanent Judgment as follows. Gerber may, in its discretion, inspect any machines made by Gerber in Jack Joseph's possession, custody, or control, during

normal business hours, (a) once within one (1) month after entry of the Settlement Agreement; (b) a second time within six (6) months after entry of the Settlement Agreement; and (c) up to three additional times no more frequently than once per year thereafter for a period of five (5) years or until Jack Joseph retires or ceases his business. Gerber shall not be required to give advance notice of any inspection. These inspections are to be conducted at Jack Joseph's business located at 3201 Kimberly Court; Suite 300 E2, Johnson City, TN 37604 or other location where Jack Joseph conducts business or stores inventory during his hours of operation. Jack Joseph must be present for any inspections. Failure to permit an inspection authorized by this Settlement Agreement shall be a violation of this order.

7. This Agreed Order and Permanent Injunction shall constitute the full and final judgment against Defendant Jack Joseph on the claims brought by Plaintiff in this matter.

8. The Court retains jurisdiction to enforce this judgment or any violation thereof. The parties agree to the form and entry of the foregoing terms as this finalizes any past or present causes of action by either party.

Plaintiff Gerber Technology LLC

*[signature]*

Paige W. Mills (BPR #16218)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-7770
pmills@bassberry.com

Jonathan B. Tropp
Woo Sin "Sean" Park
Day Pitney, LLP
242 Trumbull Street

Defendant Jack Joseph, d/b/a Cutters Resource

*[signature]*

Frank Slaughter, Jr.
The Slaughter Law Firm PC
BPR # 18893
324 6th Street
Bristol, TN 37620
423/844/0560
423/764/0690 Fax
flsjrlaw@yahoo.com

*Attorney for Defendant*

Hartford, CT 06103
(860) 275-0207
jbtropp@daypitney.com
wpark@daypitney.com

*Attorneys for Plaintiff*

By the Court,

/s/ _____
Hon. Curtis L. Collier