UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| GERBER TECHNOLOGY LLC, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No.: 2:19-CV-24 |
| v. ) | |
| ) | Judge Collier |
| JACK JOSEPH ) | |
| d/b/a CUTTERS RESOURCE, ) | Magistrate Judge Wyrick |
| ) | |
| *Defendant.* ) | |

## JUDGMENT ORDER

On March 18, 2020, the parties filed a joint motion requesting the Court enter a consent judgment and permanent injunction (Doc. 35), which the Court granted on March 24, 2020 (Doc. 36). Paragraph seven of the Order states, "[t]his Agreed Order and Permanent Injunction shall constitute the full and final judgment against Defendant Jack Joseph on the claims brought forth by Plaintiff in this matter." (*Id.*) There being no remaining issues, the Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**
**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
/s/ *John L. Medearis*
CLERK OF COURT